IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00036

| | |
|---|---|
| DARIELLE GOINS, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **NOTICE OF SETTLEMENT**<br>) |
| SWISSPORT USA INC., | )<br>)<br>) |
| Defendant. | ) |

Plaintiff Darielle Goins ("Plaintiff") and Defendant Swissport USA INC.[1] ("Defendant" or "Swissport"), ("Defendants") (collectively "the Parties"), by and through their counsel, hereby notify the Court that the Parties have agreed to settle this matter. The Parties are in the process of finalizing the terms of the Settlement Agreement and preparing a Joint Stipulation of Dismissal.

Respectfully submitted, this the 1st day of September, 2023.

**JACKSON LEWIS P.C.**

BY:  /s/ *Damón Gray II*
DAMÓN GRAY II
N.C. State Bar No. 50740
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email:  Damon.Gray@jacksonlewis.com

---

[1] The proper Defendant and the Plaintiff's employer was Swissport Cargo Services, L.P.

/s/ *Eric R. Magnus*
ERIC R. MAGNUS
Georgia State Bar No. 801405
*\*\*Special Appearance per L.R. 83.1(d)(1)*
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: eric.magnus@jacksonlewis.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00036

| | |
|---|---|
| DARIELLE GOINS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **CERTIFICATE OF SERVICE** |
| SWISSPORT USA INC., ) ) ) | |
| Defendants. ) | |

The undersigned certifies that on September 1, 2023, the foregoing *Notice of Settlement* was filed electronically with the Clerk of Court using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Matthew S. Parmet
Parmet PC
3 Riverway, Ste. 1910
Houston, TX 77056
matt@parmet.law

Kimberly De Arcangelis, Esq.
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32801
rmorgan@forthepeople.com
kimd@forthepeople.com
*Attorneys for Plaintiff*

Adam A. Smith, Esq.
Riddle & Brantley, LLP
P.O. Box 11050
Goldsboro, NC 27532
*AAS@justicecounts.com*
*Local Civil Rule 83.1(d) Counsel for Plaintiff*

JACKSON LEWIS P.C.

BY: /s/ *Damón Gray II*
DAMÓN GRAY II
N.C. State Bar No. 50740
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Damon.Gray@jacksonlewis.com

*/s/ Eric R. Magnus*
ERIC R. MAGNUS
Georgia State Bar No. 801405
*\*\*Special Appearance per L.R. 83.1(d)(1)*
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: eric.magnus@jacksonlewis.com
*Attorneys for Defendant*

4859-7157-3629, v. 1